# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-2625

———————————————

Captain Rory M. Walsh

*Plaintiff - Appellant*

v.

Carlos Del Toro, Secretary of the Navy; Michael W. Hagee; Jerry D. Humble; Michael D. Nordwall, FBI; Alvin M. Winston, Sr., FBI SAIC; Alison J. Ramsdell, U.S. Attorney; David J. Gamez, FBI Informant; United States of America; Department of the Navy

*Defendants - Appellees*

————————

Appeal from United States District Court
for the District of South Dakota - Southern

————————

Submitted: July 29, 2026
Filed: August 4, 2026
[Unpublished]

————————

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.

————————

PER CURIAM.

Captain Rory Walsh appeals the district court's[1] dismissal of his pro se complaint. After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Mitchell v. Dakota Cnty. Soc. Servs., 959 F.3d 887, 896 (8th Cir. 2020) (standard of review); 8th Cir. R. 47B. The motions for sanctions, entry of default, and default judgment are denied.

_____

---

[1]The Honorable Camela C. Theeler, United States District Judge for the District of South Dakota.